Commonwealth ex rel. Maryanski, Appellant, *v.* Myers.

180

Submitted December 10, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Thomas Maryanski*, appellant, in propria persona.

*Arthur J. Marion* and *Arlen Specter*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, March 19, 1963:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge SPORKIN of the Court of Common Pleas No. 2 of Philadelphia County, as reported in 29 Pa. D. & C. 2d 358.